## RETURN OF SERVICE

**State of FLORIDA**                                                      **County of**

Case Number: 21CV23677

Plaintiff:
**JARROD BUTLER**

vs.

Defendant:
**COMMUNITY CONNECTIONS FOR LIFE, INC., a Florida Coproration, and TONYA ROBINSON in her individual capacity, jointly and severally**

For:
Robert S. Norell
Robert S. Norell, Esq.

Received by Advantage Process OS Inc. on the 19th day of October, 2021 at 5:54 pm to be served on **COMMUNITY CONNECTIONS FOR LIFE, INC. ROBINSON, TONYA, Registered Agent, 30 NW 189 Terrace, Miami Gardens, FL 33169**.

I, Warren Sua, do hereby affirm that on the **23rd day of October, 2021** at **1:30 pm, I:**

**SERVED** the within named corporation by delivering a true copy of the **Summons In a Civil Action and Complaint & Demand for Jury Trial and Civil Cover Sheet.** at the residential address of **30 NW 189 Terrace, Miami Gardens, FL 33169** with the date and hour endorsed thereon by me by leaving a copy with **SHERRYL MINTER, CO-RESIDENT,** 15 years of age or older and informing said person of the contents pursuant to F.S. 48.081(3)(b) and F.S. 48.031(1)(a).

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: BLACK, Height: 5'3", Weight: 155, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the jurisdiction which the process was served. Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true.     NOTARY NOT REQUIRED PURSUANT TO  F.S.92.525(2).

*[signature]*

**Warren Sua**
#2437

**Advantage Process OS Inc.**
**3389 Sheridan St.**
**Ste 305**
**Hollywood, FL 33021**
**(954) 818-6555**

Our Job Serial Number: AMV-2021004171

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z